CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR, | ) | Civil Action No. 7:11-cv-00225 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HONORABLE JAMES C. TURK, | ) | By: Hon. James C. Turk |
|     Defendant. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is

**CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 16th day of May, 2011.

/s/ James C. Turk
Senior United States District Judge